## MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __GORDON_____ JAD/TPA/**CMB**/GLT

Case Number: __17-24247__

Date of Meeting: __12/4/17__   Recording # __8__

Debtor(s) present __✓__ or Not Present ___ ( __ No Payments Made or __✓__ partial payments)

Attorney for debtor(s) __Rieger_____ (Present __✓__ or Not Present ___)

Date of Plan at § 341: __10-25-17__   Applicable commitment period ___3 yrs __✓__ 5 yrs

State P.I.T. returns for 2014 + 2016 not filed

Matt Goergen was atty from Upright Law — initial consult, collection of documents for 1,625. Ther atty Rieger prepared all the documents, which were filed, except for the "voluntary petition + matrix"

FILED 2017 DEC -5 P 2:42 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

____ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed) State P.I.T. 2014 + 2016
____ Meeting NOT HELD
   ____ Order to Show Cause Requested
   ____ To be rescheduled by Clerk

__✓__ Confirmation Order recommended   ____ Final   __✓__ Interim
____ Amended Plan due: _____; Objections due: _____

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
   __✓__ 341 Meeting   OR   __✓__ Conciliation Conf. OR ___ *Contested Hearing
   On __5-10-18__ at __9:00__ am/pm   Location __2251 US Steel__

_____
Chapter 13 Trustee/Attorney for Trustee