**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In re:

    PAMELA GORDON,

        Debtor

_____

PAMELA GORDON,
WO-1,
        Movant
        v.

**McKeesport Area School District and**
Ronda J. Winnecour, Trustee,

        Respondents

Case No: 17-24247-CMB

Chapter 13  - Related to:
Docket # ___29___

SSN(1)  xxx-xx-3942

**AMENDED ORDER TO PAY TRUSTEE**
**PURSUANT TO WAGE ATTACHMENT**

    The above-named Debtor, PAMELA GORDON, having filed a Chapter 13 Petition and Debtor having moved to attach wages to fund the Chapter 13 Plan,

    IT IS, THEREFORE, ORDERED that until further Order of this Court, the entity from which the Movant receives income:

        MCKEESPORT AREA SCHOOL DISTRICT
        3590 O'NEIL BOULEVARD
        MCKEESPORT, PA 15132
        ATTN: PAYROLL

shall deduct from said income the sum of **$ 436.00 BI-WEEKLY** beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the Movant receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Movant and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

        RONDA J. WINNECOUR
        CHAPTER 13 TRUSTEE, W.D. PA
        POB 84051
        CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the Movant's income is terminated and the reason therefore.

   IT IS FURTHER ORDERED that all remaining income of the Movant, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Movant in accordance with usual payment procedures.

   IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF MOVANT WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

   **IT IS FURTHER ORDERED that this Order supersedes previous Orders made to the above-named entity in this case.**

   IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Movant, for the administration of this attachment Order, except as may be allowed upon application to and order of this Court.

   IT IS FURTHER ORDERED that the Debtor(s) shall remain responsible for timely making all monthly Plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to Debtor(s) and this estate.

   DATED this __23rd__ day of ___May___, _2018_.

                 _____

                 The Hon. Carlota M. Böhm  **kmt**

FILED
5/23/18 2:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Pamela Gordon  
      Debtor

Case No. 17-24247-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: May 23, 2018  
                     Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2018.  
db         +Pamela Gordon,    1473 Sylvan Terrace,    Pittsburgh, PA 15221-1234  
             +McKeesport Area School District,    Attn: Payroll Administrator,    3590 O'Neil Boulevard,   McKeesport, PA 15132-1641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                           TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2018 at the address(es) listed below:  
         Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com, acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com  
         Christian M Rieger    on behalf of Debtor Pamela  Gordon criegerlaw@gmail.com, chris@pauldanielslaw.com  
         James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                      TOTAL: 8