**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PAMELA GORDON,<br><br>Debtor<br>_____<br>NATIONSTAR MORTGAGE LLC d/b/a<br>MR. COOPER,<br><br>Movant<br><br>v.<br><br>PAMELA GORDON and<br>Ronda J. Winnecour, Esq., Trustee,<br><br>Respondents | Case #: 17-24247-CMB<br><br>Chapter 13<br><br><br><br>Related Claim: 6<br>Related doc: 34 |

**CERTIFICATE OF SERVICE
OF DECLARATION RE: NOTICE OF PAYMENT CHANGE**

   I certify under penalty pf perjury, that I am and after all times hereinafter mentioned, was more than 18 years of age, and that on the 16th day of October 2018, I served a copy of the Debtor's Declaration Re: Notice of Payment Change (Claim #6), filed in this proceeding, by U.S. Regular Mail, First Class Postage Prepaid upon:

| | |
|---|---|
| Ronda J. Winnecour, Esq.<br>Suite 3250 USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | James C. Warmbrodt, Esq.<br>KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 |

       Respectfully submitted,

       ___/s/ Christian M. Rieger___
       Christian M. Rieger, Esquire
       PA: 307037
       2403 Sidney Street
       Suite 214
       Pittsburgh, PA 15203
       (412) 381-8809
       (412) 381-4594 (fax)
       criegerlaw@gmail.com

Date: October 16, 2018