**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    PAMELA GORDON,

               Debtor

Case 17-24247-CMB
Chapter 13

_____

PAMELA GORDON,

        Movant        Related doc: 39

    v.

RONDA J. WINNECOUR, Trustee,
Office of the U.S. Trustee, New Penn Financial LLC,
Portfolio Recovery Associates, PWSA,
County of Allegheny, Cavalry Portfolio, Credit First,
Discover Bank, IC Systems Inc., Pittsburgh Central FCU,
PNC Bank, Southwest Credit Systems,
Department Stores National Bank, Verizon,
Duquesne Light, One Main Financial,
Bridgecrest Acceptance Corp.,

        Respondents

<u>NOTICE OF HEARING WITH RESPONSE DEADLINE</u>
<u>ON MOTION OF DEBTOR</u>

TO THE RESPONDENT:

    You are hereby notified that the above Movant seeks an Order affecting your rights and property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than <u>**AUGUST 2, 2019**</u> , i.e., seventeen [17] days after the date of the service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at ***www.pawb.uscourts.gov***. If you fail to timely respond, the Motion may be granted by the Court by default without a Hearing.

    You should take this to your lawyer at once.

    A Hearing will be held on **<u>MONDAY AUGUST 12, 2019, at 11:00 AM.,</u> before Judge Carlota M. Bohm in Court Room B, 54th Floor, USX Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.** Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an Evidentiary Hearing will be scheduled at a later date by the Court. An Order granting the relief sought may be entered and the Hearing may not be held if you do not timely file and serve a written response.

<u>JULY 16, 2019</u>
Date of Service

                            <u>/s/Christian M. Rieger</u>
Christian M. Rieger, Esq.-307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com