IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    PAMELA GORDON,

Case 17-24247-CMB
Chapter 13

        Debtor

_____
PAMELA GORDON,

        Movant

Related doc: 39-40
Hrg: 8/12/2019, 11AM
Responses: 8/2/2019

    v.

RONDA J. WINNECOUR, Trustee,
Office of the U.S. Trustee, New Penn Financial LLC,
Portfolio Recovery Associates, PWSA,
County of Allegheny, Cavalry Portfolio, Credit First,
Discover Bank, IC Systems Inc., Pittsburgh Central FCU,
PNC Bank, Southwest Credit Systems,
Department Stores National Bank, Verizon,
Duquesne Light, One Main Financial,
Bridgecrest Acceptance Corp.,

        Respondents

**CERTIFICATE OF NO OBJECTION TO
MOTION TO APPROVE FINANCING**

    I, the undersigned, hereby certify that, having served or caused to be served, a copy of the Debtor's Motion to Approve Post-Petition Financing, Exhibits, proposed Order, and Scheduling Notice on the Respondents as shown on the Certificate of Service filed herein, and as of **August 2, 2019**, the response/objection due date, that I have received no response except ____n/a_____ .

Method of Service: Mail XX ; Specify if other:

    Respectfully submitted,

      /s/ Christian M. Rieger
    Christian M. Rieger, Esquire
    PA: 307037
    2403 Sidney Street
    Suite 214
    Pittsburgh, PA 15203
    (412) 381-8809
    (412) 381-4594 (fax)
    criegerlaw@gmail.com

DATE: August 5, 2019