IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

PAMELA GORDON,

            Debtor

Case 17-24247-CMB
Chapter 13

Related to: Document No. 39

**ENTERED BY DEFAULT**

PAMELA GORDON,
            Movant

v.

RONDA J. WINNECOUR, Trustee,
Office of the U.S. Trustee, New Penn Financial LLC,
Portfolio Recovery Associates, PWSA,
County of Allegheny, Cavalry Portfolio, Credit First,
Discover Bank, IC Systems Inc., Pittsburgh Central FCU,
PNC Bank, Southwest Credit Systems,
Department Stores National Bank, Verizon,
Duquesne Light, One Main Financial,
Bridgecrest Acceptance Corp.,

            Respondents

## ORDER

AND NOW, this __6th__ day of __August__, 2019, upon consideration of Debtor's Motion to approve financing for purchase of a vehicle, it is hereby ORDERED that Debtor is permitted to obtain financing with Bridgecrest Acceptance Corproation. The monthly payment shall not exceed $470.00.

Debtor shall complete the financing and file a Report of Financing with this Court within seven (7) days of this Order. Debtors shall file an Amended Chapter 13 Plan within fourteen (14) days from the date of this Order.

Debtor shall serve a copy of this Order on all interested parties immediately and file a Certificate of Service.

BY THE COURT:

*Carlota M. Böhm*  glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
8/6/19 10:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-24247-CMB
Pamela Gordon                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: gamr            Page 1 of 1            Date Rcvd: Aug 06, 2019
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2019.
db          +Pamela Gordon,    1473 Sylvan Terrace,    Pittsburgh, PA 15221-1234

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2019 at the address(es) listed below:
        Christian M Rieger    on behalf of Debtor Pamela  Gordon criegerlaw@gmail.com, chris@pauldanielslaw.com
        James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                  TOTAL: 8