**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    PAMELA GORDON,

Case 17-24247-CMB
Chapter 13

        Debtor

---

PAMELA GORDON,

      Movant                    Related doc: 43

RONDA J. WINNECOUR, Trustee,
Office of the U.S. Trustee, New Penn Financial LLC,
Portfolio Recovery Associates, PWSA,
County of Allegheny, Cavalry Portfolio, Credit First,
Discover Bank, IC Systems Inc., Pittsburgh Central FCU,
PNC Bank, Southwest Credit Systems,
Department Stores National Bank, Verizon,
Duquesne Light, One Main Financial,
Bridgecrest Acceptance Corp.,

      Respondents

## REPORT OF FINANCING

      AND NOW comes Pamela Gordon, Chapter 13 Debtor, by and through her counsel, Christian M. Rieger, Esquire, and respectfully files the following Report of Financing to this Court:

1. Debtor has obtained an Order from this Court at Docket entry #43 approving post-petition financing for the purchase of a motor vehicle.

3. Debtor haz completed the financing agreement with BRIDGECREST ACCEPTANCE CORPORATION and forwarded the same to counsel.

4. The terms of the financing agreement (dated Aug. 9, 2019) are as follows:

    a. Collateral: 2014 Nissan Murano; VIN# JN8AZ1MW8EW501273

    b. Term: 70 months, beginning September 2, 2019.

    c. Amount financed: $19,610.93 at 19.43%.

    d. Monthly payment: $468.68

5. The loan is expected to close no later than June 2, 2025.

      6.     Debtor shall file an Amended Chapter 13 Plan to include the new terms of financing for proper distribution through the Trustee as a long term continuing debt.

          Respectfully submitted,

Dated: August 12, 2019

    /s/ Christian M. Rieger
Christian M. Rieger, Esquire
PA: 307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 3814594 (fax)
criegerlaw@gmail.com