**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| PAMELA GORDON, | Case #: 17-24247-CMB |
| Debtor | Chapter 13 |
| NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING, | Related Claim: 6 |
| Movant | Related doc: 57 |
| v. | |
| PAMELA GORDON and Ronda J. Winnecour, Esq., Trustee, | |
| Respondents | |

**CERTIFICATE OF SERVICE OF
DECLARATION RE: NOTICE OF PAYMENT CHANGE**

      I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that a true and correct copy of the Debtor's Declaration Re: Notice of Payment Change was served by depositing the same in the U.S. First Class Mail, Postage Prepaid and on the 10th day of October 2019 upon the following:

Ronda J. Winnecour, Esq.
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Julian Cotton
Padgett Law Group
6267 Old Water Oak Road
Suite 203
Tallahassee, FL 32312

Respectfully submitted,

  /s/ Christian M. Rieger
Christian M. Rieger, Esquire
PA: 307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com

DATE: October 10, 2019