**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
PAMELA GORDON                                         Case No. 17-24247CMB

        Debtor(s)
RONDA J. WINNECOUR,                                   Chapter 13
Standing Chapter 13 Trustee,

        Movant                                    Document No __
    vs.
COUNTY OF ALLEGHENY (R/E TAX)*

        Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

THE CLAIM HAS NOT BEEN WITHDRAWN.

| | |
|---|---|
| COUNTY OF ALLEGHENY (R/E TAX)* | Court claim# 5/Trustee CID# 16 |
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | |
| POB 200 | |
| BETHEL PARK, PA 15102 | |

The Movant further certifies that on 10/21/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                            /s/ Ronda J. Winnecour
                                            RONDA J WINNECOUR PA ID #30399
                                            CHAPTER 13 TRUSTEE WD PA
                                            600 GRANT STREET
cc: debtor(s)                             SUITE 3250 US STEEL TWR
    original creditor                 PITTSBURGH, PA  15219
    putative creditor              (412) 471-5566
    counsel for debtor(s)           cmecf@chapter13trusteewdpa.com
    counsel for the creditor(s) (if known)

| DEBTOR(S):<br>PAMELA GORDON, 1473 SYLVAN TERRACE, PITTSBURGH, PA  15221 | DEBTOR'S COUNSEL:<br>CHRISTIAN M RIEGER ESQ, PAUL M DANIELS & ASSOCIATES**, 2403 SIDNEY ST STE 214, PITTSBURGH, PA 15203 |
|---|---|
| ORIGINAL CREDITOR:<br>COUNTY OF ALLEGHENY (R/E TAX)*, %JORDAN TAX SVC-CUR/DLNQ CLCTR, POB 200, BETHEL PARK, PA 15102<br><br>NEW CREDITOR: | |