**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    PAMELA GORDON,

    Debtor

---

NEWREZ LLC d/b/a
SHELLPOINT MORTGAGE SERVICING,

    Movant

    v.

PAMELA GORDON and
Ronda J. Winnecour, Esq., Trustee,

    Respondents

Case #: 17-24247-CMB

Chapter 13

Related Claim: 6

Related doc: 64

**CERTIFICATE OF SERVICE OF
DECLARATION RE: NOTICE OF PAYMENT CHANGE**

    I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that a true and correct copy of the Debtor's Declaration Re: Notice of Payment Change was served by depositing the same in the U.S. First Class Mail, Postage Prepaid and on the 15th day of October 2020 upon the following:

Ronda J. Winnecour, Esq.
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Maria Tsagaris
McCalla Raymer Leibert Pierce LLC
1544 Old Alabama Road
Roswell, GA 30076

Respectfully submitted,

  /s/ Christian M. Rieger
Christian M. Rieger, Esquire
PA: 307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com

DATE: October 15, 2020