# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

12/02/2020

IN RE:

| | |
|---|---|
| PAMELA GORDON | Case No.17-24247 CMB |
| 1473 SYLVAN TERRACE | |
| PITTSBURGH, PA 15221 | Chapter 13 |
| XXX-XX-3942　　　　Debtor(s) | |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/2/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

## CLAIM RECORDS

| | | | |
|---|---|---|---|
| **NEW PENN FINANCIAL LLC D/B/A SHELLPOINT** | Trustee Claim Number:1   INT %: 0.00% | | CRED DESC: MORTGAGE REGULAR PAYME |
| C/O SHELLPOINT MORTGAGE SERVICING | Court Claim Number:6 | | ACCOUNT NO.: 9230 |
| PO BOX 10826 | | | |
| | CLAIM: 0.00 | | |
| GREENVILLE, SC 29603-0826 | COMMENT: PMT/DCL*DKT4PMT-LMT*BGN 11/17*FR NATIONSTAR-DOC 36 | | |

| | | | |
|---|---|---|---|
| **ONE MAIN FINANCIAL GROUP LLC A/S/F WELLS** | Trustee Claim Number:2   INT %: 25.44% | | CRED DESC: VEHICLE |
| PO BOX 3251 | Court Claim Number:2 | | ACCOUNT NO.: 2690 |
| | CLAIM: 4,368.05 | | |
| EVANSVILLE, IN 47731-3251 | COMMENT: 5232.65@%/CL-PL*PIF/CR/LTR | | |

| | | | |
|---|---|---|---|
| **CAVALRY SPV I LLC*** | Trustee Claim Number:3   INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| C/O CAVALRY PORTFOLIO SERVICES LLC(*) | Court Claim Number: | | ACCOUNT NO.: 0810 |
| PO BOX 27288 | | | |
| | CLAIM: 0.00 | | |
| TEMPE, AZ 85282 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **CREDIT FIRST NA*** | Trustee Claim Number:4   INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| BK 13 CREDIT OPERATIONS* | Court Claim Number:3 | | ACCOUNT NO.: 3942 |
| POB 818011* | | | |
| | CLAIM: 1,065.78 | | |
| CLEVELAND, OH 44181-8011 | COMMENT: X4770/SCH*FIRESTONE | | |

| | | | |
|---|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:5   INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:1 | | ACCOUNT NO.: 0028 |
| PO BOX 3025 | | | |
| | CLAIM: 6,959.11 | | |
| NEW ALBANY, OH 43054-3025 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **IC SYSTEM INC** | Trustee Claim Number:6   INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| 444 HIGHWAY 96 E | Court Claim Number: | | ACCOUNT NO.: 4001 |
| POB 64378 | | | |
| | CLAIM: 0.00 | | |
| ST PAUL, MN 55164 | COMMENT: BANFIELD PET HSPTL/SCH | | |

| | | | |
|---|---|---|---|
| **PITTSBURGH CENTRAL FCU**** | Trustee Claim Number:7   INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| PO BOX 658 | Court Claim Number: | | ACCOUNT NO.: 0002 |
| | CLAIM: 0.00 | | |
| CANONSBURG, PA 15317 | COMMENT: NT ADR/SCH | | |

| | | | |
|---|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:8   INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| POB 94982 | Court Claim Number: | | ACCOUNT NO.: 7887 |
| | CLAIM: 0.00 | | |
| CLEVELAND, OH 44101 | COMMENT: NT ADR/SCH | | |

| | | | |
|---|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:9   INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| POB 94982 | Court Claim Number: | | ACCOUNT NO.: 2637 |
| | CLAIM: 0.00 | | |
| CLEVELAND, OH 44101 | COMMENT: NT ADR/SCH | | |

| | | | |
|---|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:10  INT %: 0.00% | | CRED DESC: SECURED CREDITOR |
| POB 12914 | Court Claim Number:9 | | ACCOUNT NO.: 4222 |
| | CLAIM: 1,538.39 | | |
| NORFOLK, VA 23541 | COMMENT: $/CL-PL*CITIBANK/THE HOME DEPOT*UNS/SCH*JUDGMENT | | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SOUTHWEST CREDIT SYSTEMS*** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 4120 INTERNATIONAL PARKWAY | Court Claim Number: | ACCOUNT NO.:  2182 |
| STE 1100 | | |
| | CLAIM:  0.00 | |
| CARROLLTON, TX  75007 | COMMENT:  COMCAST/SCH | |

| | | |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:8 | ACCOUNT NO.:  6919 |
| PO BOX 657 | | |
| | CLAIM:  1,671.95 | |
| KIRKLAND, WA  98083-0657 | COMMENT:  X3804 @ VISA/SCH*MACY'S | |

| | | |
|---|---|---|
| **ALLISON L CARR ESQ** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| BERNSTEIN-BURKLEY PC | Court Claim Number: | ACCOUNT NO.: |
| 707 GRANT ST STE 2200 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  DUQ LITE/PRAE | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.: |
| 375 NORTH SHORE DR | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15212 | COMMENT:  /PRAE | |

| | | |
|---|---|---|
| **PITTSBURGH WATER & SEWER AUTHORITY(*)** | Trustee Claim Number:15  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
| 1200 PENN AVENUE | Court Claim Number:4 | ACCOUNT NO.:  4M45 |
| | CLAIM:  22.88 | |
| PITTSBURGH, PA  15222 | COMMENT:  174-M-45;THRU 10/25/17*CL4GOVS*NT/SCH-PL*WNTS 10%*W/18,19 | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (R/E TAX)*** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:5-2 | ACCOUNT NO.:  N238 |
| POB 200 | | |
| | CLAIM:  0.00 | |
| BETHEL PARK, PA  15102 | COMMENT:  173-N-238;17*CL5GOVS*NT DUE/CR*AMD CL=$0*W/17 | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (R/E TAX)*** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:5-2 | ACCOUNT NO.:  N238 |
| POB 200 | | |
| | CLAIM:  0.00 | |
| BETHEL PARK, PA  15102 | COMMENT:  173-N-238;17*NON%*CL5GOVS*AMD CL=$0*NT DUE/CR*W/16 | |

| | | |
|---|---|---|
| **PITTSBURGH WATER & SEWER AUTHORITY(*)** | Trustee Claim Number:18  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
| 1200 PENN AVENUE | Court Claim Number:4 | ACCOUNT NO.:  N238 |
| | CLAIM:  374.06 | |
| PITTSBURGH, PA  15222 | COMMENT:  173-N-238;THRU 10/25/17*CL4GOVS*TTL=419.08@10%*NT/SCH*WNTS 10%*W/15,19 | |

| | | |
|---|---|---|
| **PITTSBURGH WATER & SEWER AUTHORITY(*)** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| 1200 PENN AVENUE | Court Claim Number:4 | ACCOUNT NO.:  N238 |
| | CLAIM:  22.14 | |
| PITTSBURGH, PA  15222 | COMMENT:  173-N-238;THRU 10/25/17*NON%*CL4GOVS*TTL=419.08@10%/PL*NT/SCH*W/15,18 | |

| | | |
|---|---|---|
| **NEW PENN FINANCIAL LLC D/B/A SHELLPOINT** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O SHELLPOINT MORTGAGE SERVICING | Court Claim Number:6 | ACCOUNT NO.:  9230 |
| PO BOX 10826 | | |
| | CLAIM:  1,010.89 | |
| GREENVILLE, SC  29603-0826 | COMMENT:  $/CL-PL*THRU 10/17*FR NATIONSTAR-DOC 36 | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:7 | ACCOUNT NO.: 0001 |
| | CLAIM: 231.11 | |
| OKLAHOMA CITY, OK 73124-8838 | COMMENT: NT/SCH*ACCT OPEN 8/6/14 | |

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN: TARA R PFEITER, LITIGATION COUNSEL | Court Claim Number:10 | ACCOUNT NO.: 8663 |
| 411 7TH AVE | | |
| MAIL DROP 16-1 | CLAIM: 219.49 | |
| PITTSBURGH, PA 15219 | COMMENT: NT/SCH | |

| | | |
|---|---|---|
| **BRIDGECREST ACCEPTANCE CORP** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| PO BOX 2997 | Court Claim Number: | ACCOUNT NO.: 1273 |
| | CLAIM: 0.00 | |
| PHOENIX, AZ 85062 | COMMENT: PMT/PL*468.68x(26+2)=LMT*BGN 9/19*DK | |