**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

          PAMELA GORDON,

                Debtor

_____

NEWREZ LLC d/b/a
SHELLPOINT MORTGAGE SERVICING,

                Movant

        v.

PAMELA GORDON and
Ronda J. Winnecour, Esq., Trustee,

                Respondents

Case #: 17-24247-CMB

Chapter 13

Related Claim: 6-1


**DECLARATION THAT PAYMENT IS SUFFICIENT**

        The undersigned hereby declares that the existing Chapter 13 payment is sufficient to fund the Plan with the modified debt as entered on the Claims Register by the Movant.  The new monthly mortgage payment is **$351.63**, effective **NOVEMBER 1, 2021**.


                Respectfully submitted,

                    /s/ Christian M. Rieger
                Christian M. Rieger, Esquire
                PA: 307037
                2403 Sidney Street
                Suite 214
                Pittsburgh, PA 15203
                (412) 381-8809
                (412) 381-4594 (fax)
                criegerlaw@gmail.com


Date: October 12, 2021