# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case #: 17-24247-CMB |
| PAMELA GORDON, | Chapter 13 |
| Debtor | |
| NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING, | Related Claim: 6 |
| Movant | Related doc: 67 |
| v. | |
| PAMELA GORDON and Ronda J. Winnecour, Esq., Trustee, | |
| Respondents | |

**CERTIFICATE OF SERVICE OF
DECLARATION RE: NOTICE OF PAYMENT CHANGE**

      I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that a true and correct copy of the Debtor's Declaration Re: Notice of Payment Change was served by depositing the same in the U.S. First Class Mail, Postage Prepaid and on the 12th day of October 2021 upon the following:

Ronda J. Winnecour, Esq.  
Suite 3250 USX Tower  
600 Grant Street  
Pittsburgh, PA 15219  

Mary Vitartis  
Padgett Law Group  
6267 Old Water Oak Road Suite 203  
Tallahassee, FL 32312  

Respectfully submitted,

  /s/ Christian M. Rieger  
Christian M. Rieger, Esquire  
PA: 307037  
2403 Sidney Street  
Suite 214  
Pittsburgh, PA 15203  
(412) 381-8809  
(412) 381-4594 (fax)  
criegerlaw@gmail.com  

DATE: October 12, 2021