**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    PAMELA GORDON,

        Debtor

_____

NEWREZ LLC d/b/a
SHELLPOINT MORTGAGE SERVICING,

        Movant

    v.

PAMELA GORDON and
Ronda J. Winnecour, Esq., Trustee,

        Respondents

Case #: 17-24247-CMB

Chapter 13

Related Claim: 6-1

### DECLARATION THAT PAYMENT IS SUFFICIENT

        The undersigned hereby declares that the existing Chapter 13 payment is sufficient to fund the Plan with the modified debt as entered on the Claims Register by the Movant. The new monthly mortgage payment is **$351.63**, effective **NOVEMBER 1, 2021**.

        Respectfully submitted,

        /s/ Christian M. Rieger
        Christian M. Rieger, Esquire
        PA: 307037
        2403 Sidney Street
        Suite 214
        Pittsburgh, PA 15203
        (412) 381-8809
        (412) 381-4594 (fax)
        criegerlaw@gmail.com

Date: October 13, 2021