# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    PAMELA GORDON,

    Debtor

_____

NEWREZ LLC d/b/a
SHELLPOINT MORTGAGE SERVICING,

    Movant

    v.

PAMELA GORDON and
Ronda J. Winnecour, Esq., Trustee,

    Respondents

Case #: 17-24247-CMB

Chapter 13

Related Claim: 6

Related doc: 69

## CERTIFICATE OF SERVICE OF
## DECLARATION RE: NOTICE OF PAYMENT CHANGE

    I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that a true and correct copy of the Debtor's Declaration Re: Notice of Payment Change was served by depositing the same in the U.S. First Class Mail, Postage Prepaid and on the 13th day of October 2021 upon the following:

Ronda J. Winnecour, Esq.
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Mary Vitartis
Padgett Law Group
6267 Old Water Oak Road Suite 203
Tallahassee, FL 32312

Respectfully submitted,

 /s/ Christian M. Rieger
Christian M. Rieger, Esquire
PA: 307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com

DATE: October 13, 2021