# PROCEEDING MEMO

Date: 12/15/2021 01:30 pm

In re:    Pamela Gordon

Bankruptcy No. 17-24247-CMB
Chapter: 13
Doc. # 71

**Appearances:** BY ZOOM:  James Warmbrodt
Christian Rieger

**Nature of Proceeding:** #71 Trustee's Motion To Dismiss

**Additional Pleadings:** #76 Response by Debtor

**Judge's Notes:**

**OUTCOME:** Hearing Held.  Stipulation to be filed by 12/23/2021.

FILED
12/16/21 11:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota Böhm
Chief U.S. Bankruptcy Judge