**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | PAMELA GORDON |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 17-24247CMB |

Form 4100N

# Notice of Final Cure Payment

10/15

File a separate notice for each creditor.

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

Name of creditor: NEW PENN FINANCIAL LLC D/B/A

Court claim no. (if known): 6

Last 4 digits of any number you use to identify the debtor's account: 9 2 3 0

Property Address: 1473 SYLVAN TERRACE
PITTSBURGH PA 15221

## Part 2: Cure Amount

**Total cure disbursments made by the trustee:** Amount

| | | | |
|---|---|---|---:|
| a. | Allowed prepetition arrearage: | (a) $ | 1,010.89 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 1,010.89 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 1,010.89 |

## Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.
  Current monthly mortgage payment  $ $351.63
  The next postpetition payment is due on 6 / 1 / 2022
                                          MM / DD / YYYY

✎ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **PAMELA GORDON** | Case number *(if known)* | **17-24247CMB** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

| | | | |
|---|---|---|---|
| | /s/ Ronda J. Winnecour | Date | 06/03/2022 |
| | Signature | | |
| Trustee | Ronda J. Winnecour | | |
| Address | CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219 | | |
| Contact phone | (412) 471-5566 | Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | PAMELA GORDON | Case number *(if known)* | 17-24247CMB |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 05/24/2019 | 1119804 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 16.50 |
| 07/29/2019 | 1126648 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 89.02 |
| 08/27/2019 | 1130124 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 152.70 |
| 09/24/2019 | 1133406 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 152.50 |
| 10/24/2019 | 1136758 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 548.88 |
| 02/25/2020 | 1150579 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 51.29 |
| | | | | **1,010.89** |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 02/23/2018 | 1071428 | NATIONSTAR MORTGAGE LLC D/B/A MR C | AMOUNTS DISBURSED TO CREDITOR | 1,139.77 |
| 03/28/2018 | 1074613 | NATIONSTAR MORTGAGE LLC D/B/A MR C | AMOUNTS DISBURSED TO CREDITOR | 455.81 |
| 04/24/2018 | 1077854 | NATIONSTAR MORTGAGE LLC D/B/A MR C | AMOUNTS DISBURSED TO CREDITOR | 455.17 |
| 05/25/2018 | 1081126 | NATIONSTAR MORTGAGE LLC D/B/A MR C | AMOUNTS DISBURSED TO CREDITOR | 910.51 |
| 07/26/2018 | 1087500 | NATIONSTAR MORTGAGE LLC D/B/A MR C | AMOUNTS DISBURSED TO CREDITOR | 376.98 |
| 08/28/2018 | 1090714 | NATIONSTAR MORTGAGE LLC D/B/A MR C | AMOUNTS DISBURSED TO CREDITOR | 405.23 |
| 09/25/2018 | 1093841 | NATIONSTAR MORTGAGE LLC D/B/A MR C | AMOUNTS DISBURSED TO CREDITOR | 426.64 |
| 10/29/2018 | 1097123 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 872.78 |
| 11/27/2018 | 1100250 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 450.06 |
| 01/25/2019 | 1106572 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 461.11 |
| 02/25/2019 | 1109816 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 466.52 |
| 03/25/2019 | 1113108 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 465.94 |
| 04/26/2019 | 1116403 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 923.49 |
| 05/24/2019 | 1119804 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 410.27 |
| 06/25/2019 | 1123206 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 214.80 |
| 07/29/2019 | 1126648 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 567.88 |
| 08/27/2019 | 1130124 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 391.34 |
| 09/24/2019 | 1133406 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 391.34 |
| 10/24/2019 | 1136758 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 393.08 |
| 11/25/2019 | 1140211 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 162.70 |
| 12/23/2019 | 1143596 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 503.13 |
| 01/28/2020 | 1147058 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 513.20 |
| 02/25/2020 | 1150579 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 393.29 |
| 03/23/2020 | 1154061 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 393.08 |
| 04/27/2020 | 1157521 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 393.08 |
| 05/26/2020 | 1160852 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 393.08 |
| 06/26/2020 | 1164004 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 393.08 |
| 07/29/2020 | 1167111 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 393.08 |
| 08/25/2020 | 1170189 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 393.08 |
| 09/28/2020 | 1173281 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 393.08 |
| 10/26/2020 | 1176375 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 393.08 |
| 11/24/2020 | 1179446 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 393.08 |
| 01/25/2021 | 1185365 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 670.72 |
| 02/22/2021 | 1188492 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 364.22 |
| 03/26/2021 | 1191789 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 364.22 |
| 04/26/2021 | 1195032 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 364.22 |
| 06/25/2021 | 1201339 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 541.52 |
| 07/26/2021 | 1204543 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 533.98 |
| 08/26/2021 | 1207670 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 381.38 |
| 09/24/2021 | 1210788 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 364.22 |
| 10/25/2021 | 1213860 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 351.63 |
| 12/23/2021 | 1219971 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 351.63 |
| 01/26/2022 | 1223029 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 703.26 |
| 02/23/2022 | 1225907 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 351.63 |
| 03/25/2022 | 1228867 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 351.63 |
| 04/26/2022 | 1231912 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 152.20 |
| 05/25/2022 | 1234950 | NEW PENN FINANCIAL LLC D/B/A SHELLPO | AMOUNTS DISBURSED TO CREDITOR | 199.43 |
| | | | | **21,334.65** |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

PAMELA GORDON
1473 SYLVAN TERRACE
PITTSBURGH, PA  15221

CHRISTIAN M RIEGER ESQ**
LAW OFFICE OF CHRISTIAN M RIEGER
2403 SIDNEY ST STE 214
PITTSBURGH, PA  15203

NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SVCNG
C/O SHELLPOINT MORTGAGE SERVICING
PO BOX 10826
GREENVILLE, SC  29603-0826

SHELLPOINT MORTGAGE SERVICING
PO BOX 10675
GREENVILLE, SC  29603-0675

MCCALLA RAYMER  ET AL
NATL BANKRUPTCY DEPT**
1544 OLD ALABAMA RD**
ROSWELL, GA  30076-2102


6/3/22                                                              /s/ Roberta Saunier
                                                                    _____
                                                                    Administrative Assistant
                                                                    Office of the Chapter 13 Trustee