| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Pamela Gordon |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: WESTERN District of Pennsylvania (State) | |
| Case number 17-24247-CMB | |

# Form 4100R
# Response to Notice of Final Cure

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor: NewRez LLC d/b/a Shellpoint Mortgage Servicing

Last 4 digits of any number you use to identify the debtor's account: 9230

Court claim no. (if known): 6

Property address:  1473 SYLVAN TERRACE ,
                              Number       Street

PITTSBURGH, PA 15221
City                State       ZIP Code

### Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

### Part 3: Postpetition Mortgage

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   6/1/2022
                                                                MM/DD/YYYY

[ ] Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $_____

b. Total fees, charges, expenses, escrow and costs outstanding:    + (b) $_____

c. Total. Add lines a and b.    (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
                                                                MM/ DD/ YYYY

---

Form 4100R                     **Response to Notice of Final Cure Payment**                     page 1

Debtor 1    Pamela Gordon
            First Name    Middle Name    Last Name

Case Number (if known)    17-24247-CMB

---

**Part 4:    Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in
Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges
expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the
following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;
[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]  all amounts the creditor contends remain unpaid

---

**Part 5:    Sign Here**

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ]  I am the creditor.
[X]  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different
from the notice address listed on the proof of claim to which this response applies.

x    /s/ Charles G. Wohlrab                        Date  06/17/2022
     Signature

Print    Charles G. Wohlrab, Esq.                  Title  Authorized Agent
         First Name    Middle Name    Last Name

Company    Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address    130 Clinton Rd #202
           Number    Street

           Fairfield, NJ    7004
           City    State    ZIP Code

Contact    470-321-7112                            Email  cwohlrab@raslg.com

---

Form 4100R    **Response to Notice of Final Cure Payment**    page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 23, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Pamela Gordon
1473 Sylvan Terrace
Pittsburgh, PA 15221

And via electronic mail to:

Christian M Rieger
Law Office of Christian M. Rieger
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By: /s/ Jessica Norton

Email: jnorton@raslg.com