**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PAMELA GORDON<br><br>　　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:17-24247<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 27, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/25/2017 and confirmed on 12/6/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 62,688.00 |
| Less Refunds to Debtor | 1,460.88 | |
| TOTAL AMOUNT OF PLAN FUND | | 61,227.12 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,375.00 | |
|   Trustee Fee | 2,937.62 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,312.62 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEW PENN FINANCIAL LLC D/B/A SHELLP | 0.00 | 21,334.65 | 0.00 | 21,334.65 |
|     Acct: 9230 | | | | |
|   NEW PENN FINANCIAL LLC D/B/A SHELLP | 1,010.89 | 1,010.89 | 0.00 | 1,010.89 |
|     Acct: 9230 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 1,538.39 | 1,538.39 | 0.00 | 1,538.39 |
|     Acct: 4222 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORI | 22.88 | 22.88 | 5.51 | 28.39 |
|     Acct: 4M45 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: N238 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: N238 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORI | 374.06 | 374.06 | 76.35 | 450.41 |
|     Acct: N238 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORI | 22.14 | 22.14 | 0.00 | 22.14 |
|     Acct: N238 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC A/S/F V | 4,368.05 | 4,368.05 | 1,547.70 | 5,915.75 |
|     Acct: 2690 | | | | |
| | | | | 30,300.62 |
| **Priority** | | | | |
|   CHRISTIAN M RIEGER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAMELA GORDON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAMELA GORDON | 1,460.88 | 1,460.88 | 0.00 | 0.00 |
|     Acct: | | | | |
|   UPRIGHT LAW LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTIAN M RIEGER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTIAN M RIEGER ESQ** | 2,375.00 | 2,375.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIDGECREST ACCEPTANCE CORP | 0.00 | 15,466.44 | 0.00 | 15,466.44 |
|     Acct: 1273 | | | | |

17-24247                                                                                                   Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 15,466.44 |
| Unsecured | | | | | |
| | CAVALRY SPV I LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0810 | | | | |
| | CREDIT FIRST NA* | 1,065.78 | 1,065.78 | 0.00 | 1,065.78 |
| | Acct: 3942 | | | | |
| | DISCOVER BANK(*) | 6,959.11 | 6,959.11 | 0.00 | 6,959.11 |
| | Acct: 0028 | | | | |
| | IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4001 | | | | |
| | PITTSBURGH CENTRAL FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0002 | | | | |
| | PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7887 | | | | |
| | PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2637 | | | | |
| | SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2182 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 1,671.95 | 1,671.95 | 0.00 | 1,671.95 |
| | Acct: 6919 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 231.11 | 231.11 | 0.00 | 231.11 |
| | Acct: 0001 | | | | |
| | DUQUESNE LIGHT COMPANY* | 219.49 | 219.49 | 0.00 | 219.49 |
| | Acct: 8663 | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 10,147.44 |
| TOTAL PAID TO CREDITORS | | | | | 55,914.50 |

TOTAL CLAIMED
PRIORITY           0.00
SECURED        7,336.41
UNSECURED     10,147.44

Date: 06/27/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
PAMELA GORDON

   Debtor(s)

Ronda J. Winnecour
   Movant
       vs.
No Repondents.

Case No.:17-24247

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Pamela Gordon  
  Debtor

Case No. 17-24247-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: auto   Page 1 of 3  
Date Rcvd: Jul 01, 2022   Form ID: pdf900   Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**   **Definition**  
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela Gordon, 1473 Sylvan Terrace, Pittsburgh, PA 15221-1234 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 9013, Addison, TX 75001-9013 |
| 14715805 | + | Cavalry SPV, c/o Apothaker and Associates, 520 Fellowship Road Suite C306, P.O. Box 5496, Mount Laurel, NJ 08054-5496 |
| 14715813 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jul 02 2022 00:08:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Jul 02 2022 00:08:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Shellpoint Mortgage Servicing, P.O. Box 10826, GREENVILLE, SC 29603-0826 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 02 2022 00:08:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Jul 02 2022 00:08:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14743433 | + | Email/Text: ebnjts@grblaw.com | Jul 02 2022 00:08:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14737833 | | Email/Text: BKPT@cfna.com | Jul 02 2022 00:08:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14715806 | + | Email/Text: BKPT@cfna.com | Jul 02 2022 00:08:00 | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 14755852 | | Email/Text: bnc-quantum@quantum3group.com | Jul 02 2022 00:08:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14722329 | | Email/Text: mrdiscen@discover.com | Jul 02 2022 00:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14715807 | + | Email/Text: mrdiscen@discover.com | Jul 02 2022 00:08:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14784004 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 02 2022 00:08:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14715808 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 02 2022 00:08:00 | I C System Inc, Po Box 64378, Saint Paul, MN |

Case 17-24247-CMB    Doc 89    Filed 07/03/22    Entered 07/04/22 00:28:31    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 01, 2022 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Notice Method | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | | 55164-0378 |
| 14715809 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 02 2022 00:08:00 | Nationstar Mortgage LLC, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14746552 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 02 2022 00:08:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14934379 | | Email/Text: mtgbk@shellpointmtg.com | Jul 02 2022 00:08:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14732658 | | Email/PDF: cbp@onemainfinancial.com | Jul 02 2022 00:07:22 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14715810 | + | Email/PDF: cbp@onemainfinancial.com | Jul 02 2022 00:07:22 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14715812 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 02 2022 00:08:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14715814 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 02 2022 00:07:12 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14779641 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 02 2022 00:07:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14715811 | + | Email/Text: tvincequerra@chromefcu.org | Jul 02 2022 00:08:00 | Pittsburgh Central Fcu, 2601 Wexford Bayne Rd, Sewickley, PA 15143-4029 |
| 14743419 | + | Email/Text: ebnpwsa@grblaw.com | Jul 02 2022 00:08:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14715815 | + | Email/Text: bankruptcy@sw-credit.com | Jul 02 2022 00:08:00 | Southwest Credit Systems, 4120 International Parkway Ste 1100, Carrollton, TX 75007-1958 |
| 14754922 | | Email/PDF: ebn_ais@aisinfo.com | Jul 02 2022 00:07:13 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14715816 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2022 00:17:42 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | * | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2022            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Christian M Rieger | on behalf of Debtor Pamela Gordon criegerlaw@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 9