**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

PAMELA GORDON,

                    Debtor

Case: 17-24247-CMB
Chapter 13

_____

PAMELA GORDON,

                    Movant

    v.

No Respondent

**DEBTOR(S)' CERTIFICATION OF DISCHARGE ELIGIBILITY**
**PURSUANT TO 11 U.S.C. § 1328**

1. Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On April 30, 2018 at Docket Entry 26, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by completing the Course in Personal Financial Management, with the Certificate of Completion attached to the form.

This Certification is being signed under penalty of perjury by undersigned Counsel, who duly questioned the Debtor(s) about the statements contained in this Certification and verified the answers in support thereof.

                                        Respectfully submitted,

                                        /s/ Christian M. Rieger
                                        Christian M. Rieger, Esquire
                                        PA:307037
                                        2403 Sidney Street
                                        Suite 214
                                        Pittsburgh, PA 15203
                                        (412) 381-8809
                                        (412) 381-4594 (fax)
                                        criegerlaw@gmail.com

Date: August 15, 2022