Case 17-24247-CMB    Doc 93    Filed 08/16/22    Entered 08/16/22 13:39:46    Desc Main
Document      Page 1 of 3

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| PAMELA GORDON | Case No.:17-24247 CMB |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Repondents. | |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/25/2017 and confirmed on 12/06/2017 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 63,341.00 |
| Less Refunds to Debtor | 2,113.88 | |
| TOTAL AMOUNT OF PLAN FUND | | 61,227.12 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,375.00 | |
|     Trustee Fee | 2,937.62 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,312.62 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| NEW PENN FINANCIAL LLC D/B/A SHELLP | 0.00 | 21,334.65 | 0.00 | 21,334.65 |
|     Acct: 9230 | | | | |
| NEW PENN FINANCIAL LLC D/B/A SHELLP | 1,010.89 | 1,010.89 | 0.00 | 1,010.89 |
|     Acct: 9230 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,538.39 | 1,538.39 | 0.00 | 1,538.39 |
|     Acct: 4222 | | | | |
| PITTSBURGH WATER & SEWER AUTHORI | 22.88 | 22.88 | 5.51 | 28.39 |
|     Acct: 4M45 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: N238 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: N238 | | | | |
| PITTSBURGH WATER & SEWER AUTHORI | 374.06 | 374.06 | 76.35 | 450.41 |
|     Acct: N238 | | | | |
| PITTSBURGH WATER & SEWER AUTHORI | 22.14 | 22.14 | 0.00 | 22.14 |
|     Acct: N238 | | | | |
| ONE MAIN FINANCIAL GROUP LLC A/S/F | 4,368.05 | 4,368.05 | 1,547.70 | 5,915.75 |
|     Acct: 2690 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | | | | 30,300.62 |
| **Priority** | | | | |
| CHRISTIAN M RIEGER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| PAMELA GORDON | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| PAMELA GORDON | 1,460.88 | 1,460.88 | 0.00 | 0.00 |
|    Acct: | | | | |
| PAMELA GORDON | 653.00 | 653.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| UPRIGHT LAW LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| CHRISTIAN M RIEGER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| CHRISTIAN M RIEGER ESQ** | 2,375.00 | 2,375.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| BRIDGECREST ACCEPTANCE CORP | 0.00 | 15,466.44 | 0.00 | 15,466.44 |
|    Acct: 1273 | | | | |
| | | | | 15,466.44 |
| **Unsecured** | | | | |
| CAVALRY SPV I LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0810 | | | | |
| CREDIT FIRST NA* | 1,065.78 | 1,065.78 | 0.00 | 1,065.78 |
|    Acct: 3942 | | | | |
| DISCOVER BANK(*) | 6,959.11 | 6,959.11 | 0.00 | 6,959.11 |
|    Acct: 0028 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 4001 | | | | |
| PITTSBURGH CENTRAL FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0002 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 7887 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 2637 | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 2182 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 1,671.95 | 1,671.95 | 0.00 | 1,671.95 |
|    Acct: 6919 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 231.11 | 231.11 | 0.00 | 231.11 |
|    Acct: 0001 | | | | |
| DUQUESNE LIGHT COMPANY* | 219.49 | 219.49 | 0.00 | 219.49 |
|    Acct: 8663 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| | | | | 10,147.44 |
| **TOTAL PAID TO CREDITORS** | | | | 55,914.50 |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 7,336.41 |
| UNSECURED | 10.147.44 |

Date: 08/16/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com